No. 203. Oklahoma Gas and Electric Company, Plaintiff in Error, *v.* Myrtle Lukert.  In error to the Supreme Court of the Territory of Oklahoma.  October 9, 1906.  Dis-

missed, per stipulation. *Mr. D. T. Flynn* and *Mr. C. B. Ames* for plaintiff in error. *Mr. Chester Howe* for defendant in error.